KATHRYN N. NESTER, Federal Public Defender
ROBERT K. HUNT, Assistant Federal Defender (#5722)
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY DEAN HARVEY,<br><br>Defendant. | **APPEARANCE OF CO-COUNSEL**<br><br><br><br>Case No. 2:11-CR-276 DAK |

ROBERT K. HUNT, Assistant Utah Federal Defender, hereby enters his appearance as

co-counsel for the Defendant, KELLY DEAN HARVEY.

DATED this 10th day of April 2012.

_/s/ Robert K. Hunt_____
ROBERT K. HUNT
Assistant Utah Federal Defender

## <u>CERTIFICATE OF DELIVERY</u>

I hereby certify that on April 10, 2012,  I electronically filed the foregoing

**APPEARANCE OF CO-COUNSEL** with the Clerk of the Court using the CM/ECF system

which sent notification of such filing to the following:


Mark Y. Hirata
Assistant United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah  84111



_/s/ G. Wynhof_____
Office of the Federal Public Defender
District of Utah